# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IP FORENSICS, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:10-CV-639 |
| | § | Judge Schneider/Judge Mazzant |
| GLOCK, INC. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 23, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Glock, Inc.'s Motion to Dismiss the Complaint Based on a Prior Action Pending (Dkt. #12) should be granted.

On June 9, 2011, Plaintiff filed its Motion for Reconsideration (Dkt. #38). On June 13, 2011, Judge Mazzant denied Plaintiff's Motion for Reconsideration (Dkt. #39). Having received the report of the United States Magistrate Judge, and no additional objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Glock, Inc.'s Motion to Dismiss the Complaint Based on a Prior Action Pending (Dkt. #12) is GRANTED and the case is dismissed.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of June, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE